DANIEL H. GILBERT, RESPONDENT, v. THE PENNSYL-
VANIA RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Supreme Court.

For the appellant, *Vredenburgh, Wall & Carey (John A. Harlpence* on the brief).

For the respondent, *Queen & Stout*.

PER CURIAM.

The questions raised on this appeal are determined, in effect, by the principles laid down by this court in *Carr* v. *Pennsylvania Railroad Co.*, 88 *N. J. L.* 235.

The judgment below will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARD-NER, JJ. 14.

*For reversal*—None.